**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Stella D. Carlos Salmeron v. Felipe De Jesus Garcia Santacruz

Appellate case number:    01-19-00087-CV

Trial court case number:   1117543

Trial court:                        County Civil Court at Law No. 2 of Harris County

On May 7, 2020, this Court issued an order, advising appellant that her brief did not comply with Rule 38.1.  *See* TEX. R. APP. P. 38.1.  The Court ordered appellant to file an amended brief in accordance with Rule 38.1 and advised appellant that if another non-compliant brief was filed, it would be treated as if no brief had been filed.  *See* TEX. R. APP. P. 38.9.  The amended brief was due to be filed on July 6, 2020.  No amended brief was filed.

Accordingly, the Court orders appellant to file an amended brief **within 10 days of the date of this order**, or the appeal may be dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.1; 42.3.

It is so ORDERED.


Judge's signature: ____/s/ Peter Kelly_____
                                ☑ Acting individually      ☐ Acting for the Court


Date:  _September 10, 2020_____